Decided March 12, 2004

### SABELE GRAY *v.* RICHARD E. GRAY, SR.

The defendant's petition for certification for appeal from the Appellate Court (AC 23661) is denied.

*Dina M. Menchetti*, in support of the petition.

*Linda T. Douglas*, in opposition.

Decided March 12, 2004

### JOANNE E. REES *v.* EVELYN FLAHERTY

The plaintiff's petition for certification for appeal from the Appellate Court (AC 24597) is denied.

*Joanne E. Rees*, pro se, in support of the petition.

*Christopher P. Kriesen*, in opposition.

Decided March 12, 2004